1  Ronald F. Lopez (SBN 111756)
   rflopez@nixonpeabody.com
2  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
3  San Francisco, California 94111–3600
   Telephone: (415) 984–8200
4  Fax: (415) 984–8300

5  Robert E. Krebs (SBN 057526)
   rekrebs@nixonpeabody.com
6  Christopher L. Ogden (SBN 235517)
   cogden@nixonpeabody.com
7  NIXON PEABODY LLP
   2 Palo Alto Square
8  3000 El Camino Real, Suite 500
   Palo Alto, California 94306–2106
9  Telephone: (650) 320–7700
   Fax:  (650) 320–7701
10
   Attorneys for Plaintiff
11 TALEO CORPORATION

12

13                   UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                            (SAN JOSE)

16 TALEO CORPORATION,

17                    Plaintiff,           Case No.: 11–cv–2872-PSG

18                                         **NOTICE OF VOLUNTARY DISMISSAL**
   v.
19

20 KENEXA CORPORATION,
   KENEXA TECHNOLOGY, INC., and
21 KENEXA BRASSRING, INC.

22                    Defendant.

23

24

25

26

27

28
                                   -1-

1    NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil

2  Procedure, Plaintiff Taleo Corporation ("Taleo") dismisses the above-captioned matter with

3  prejudice.

4

5  DATED:  July 8, 2011                    Respectfully submitted,

6                                          NIXON PEABODY LLP

7

8                                          By:  _____/s/ Ronald F. Lopez_____
                                                Ronald F. Lopez
9                                               rflopez@nixonpeabody.com
                                                Robert E. Krebs
10                                              rekrebs@nixonpeabody.com
                                                Christopher L. Ogden
11                                              cogden@nixonpeabody.com

12
                                           Attorneys for Plaintiff
13                                         TALEO CORPORATION

14

15  13535469

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-